# EXHIBIT 2

# DECLARATION OF WILLIAM GARRETT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JON ARNOLD, individually and on behalf of a class of persons similarly situated, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JPMORGAN CHASE BANK, N.A. and )<br>EARLY WARNING SERVICES, LLC, )<br>)<br>Defendants. ) | Case No. 1:18-cv-06644<br><br>Hon. Sara L. Ellis<br>United States District Judge |

## DECLARATION OF WILLIAM A. GARRETT IN SUPPORT OF DEFENDANT'S MOTION TO STAY AND COMPEL ARBITRATION

I, William A. Garrett, declare and state as follows:

1. I am an Executive Vice President and Assistant General Counsel for JPMorgan Chase Bank, N.A. ("Chase").

2. In my capacity as Executive Vice President and Assistant General Counsel, I have access to information in the normal course of business regarding certain of Chase's banking operations and practices, including, without limitation, its record of account holders who have elected to opt-out of arbitration.

3. I also have access through Chase's system to information and documents relating to Chase deposit accountholders, including Plaintiff Jon Arnold ("Plaintiff"). Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, my review of Chase business records, maintained by Chase in the ordinary course of business, and my knowledge as an Executive Vice President and Assistant General Counsel with Chase. If I were called upon to testify, I could and would testify competently to the facts set forth herein.

4. Plaintiff, like other recipients of Chase's Deposit Account Agreement, was permitted to opt-out of arbitration within 60 days after February 1, 2012 (the effective date of the opt-out provision) either by calling a toll-free telephone number or by contacting a Chase banker. Plaintiff was notified of the right to opt out of arbitration in his December 2011 bank statement. Chase tracks these opt-out requests from account holders in its databases. Chase's databases do not reflect any opt-out request from Plaintiff, which means that he did not contact Chase to opt out of arbitration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed on December 3, 2018, in Columbus, Ohio.

_____
William A. Garrett
Executive Vice President and Assistant General Counsel
JPMorgan Chase Bank, N.A.

2