IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JON ARNOLD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A. and EARLY WARNING SERVICES, LLC,<br><br>*Defendants.* | Case No. 18-cv-6644 |

## DEFENDANT EARLY WARNING SERVICES, LLC'S MOTION TO COMPEL ARBITRATION

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and (b)(3) and for the reasons stated in its Memorandum in Support of this Motion, which is incorporated herein by reference, Defendant Early Warning Services, LLC ("Early Warning") respectfully requests that this Court grant its Motion to Compel Arbitration and dismiss, or alternatively, stay this case in favor of arbitration. Counsel for Early Warning conferred with counsel for Plaintiff by telephone on December 4, 2018 at 1:00 PM Central. The following persons attended the conference: Jeffrey G. Brown and Glen J. Dunn, Jr. for Plaintiff; Derin B. Dickerson for Defendant Early Warning; and Michael R. Cedillos for Defendant JP Morgan Chase Bank, N.A. Counsel for Early Warning attempted in good faith to resolve the differences raised in this Motion but were unable to reach an accord.

Date: December 7, 2018

Respectfully submitted,

/s/ *Kristine McAlister Brown*
Kristy McAlister Brown (*admitted pro hac vice*)
Derin Dickerson (*pro hac vice admission pending*)
Matthew L.J.D. Dowell (*admitted pro hac vice*)

ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
Phone: (404) 881-7000
kristy.brown@alston.com
derin.dickerson@alston.com
matt.dowell@alston.com

Steven L. Baron (ARDC #6200868)
Danielle N. Twait (ARDC #6298748)
MANDELL MENKES LLC
1 North Franklin Street, Suite 3600
Chicago, IL 60606
Phone: (312) 251-1009
sbaron@mandellmenkes.com
dtwait@mandellmenkes.com

*Attorneys for Defendant, Early Warning Services, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing has been served on December 7, 2018 via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

/s/ <i>Kristine McAlister Brown</i>